UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

Motions for Administrative Relief to Consider Whether Cases Should be Related or *Sua Sponte* Judicial Referrals for Purpose of Determining Relationship (Civil L.R. 3-12) have been filed.  The time for filing oppositions or statements of support has passed.  As the judge assigned to case

20-cv-02345-WHO

Reece v. Altria Group, Inc.

I find that the more recently filed cases that I have initialed below are related first to 20-cv-2345 and second to the JUUL MDL 19-md-2913, and such cases shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 20-cv-04238-WHO | Jackson v. Altria | WHO | |
| 20-cv-04413-WHO | McGee v. Juul Labs Inc. | WHO | |

ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. There is a case management conference set for July 17, 2020 at 3:00 p.m.

Dated: July 7, 2020        By:

William H. Orrick

United States District Judge

1