**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** July 17, 2020 | **Time:** 17 minutes<br>3:10 p.m. to 3:27 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 20-cv-02345-WHO | **Case Name:** Reece v. Altria Group, Inc., et al.<br>(and all related antitrust actions) | |

**Attorneys for Plaintiffs:**     Joseph Saveri, Christopher Lebsock, Todd Seaver, Solomon Cera, Laurence D. King, and Fred Isquith,

**Attorneys for Defendants:**   James Rosenthal and Sean Royall

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Debra Pas

**PROCEEDINGS**

Case Management Conference conducted via videoconference.

Applications for appointment of lead counsel on behalf of the direct purchaser plaintiffs (contested), the indirect business resellers, and indirect consumer purchasers (uncontested) were discussed. The Court is inclined at this juncture to appoint one lead for direct and one lead for indirect purchases and approve a leadership structure including up to four more individuals. Counsel shall submit revised proposals before the next Case Management Conference and are advised to put forward a more diverse group of individuals in their proposed leadership group.

Magistrate Judge Jacqueline Scott Corley is appointed to handle discovery in these related antitrust cases.

Next Case Management Conference **August 21, 2020 at 1:00 p.m**.