Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Counsel for Plaintiff and the Proposed Class*
*Additional Plaintiff's Counsel Appear*
*on the Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC. and JUUL LABS, INC.,<br><br>Defendants. | Civil Action No. 3:20-cv-04238-WHO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Dated: August 5, 2020            Respectfully submitted,

                                 */s/ Dennis Stewart*
                                 Dennis Stewart
                                 **GUSTAFSON GLUEK PLLC**
                                 600 B Street
                                 17th Floor
                                 San Diego, CA 92101
                                 Telephone: (619) 595-3299
                                 dstewart@gustafsongluek.com

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

| | |
|---|---|
| 1 | Daniel E. Gustafson |
| | Daniel C. Hedlund |
| 2 | Amanda M. Williams |
| | Daniel J. Nordin |
| 3 | Ling S. Wang |
| | Mary M. Nikolai |
| 4 | **GUSTAFSON GLUEK PLLC** |
| | Canadian Pacific Plaza |
| 5 | 120 South Sixth Street, Suite 2600 |
| | Minneapolis, MN 55402 |
| 6 | Telephone: (612) 333-8844 |
| 7 | dgustafson@gustafsongluek.com |
| | dhedlund@gustafsongluek.com |
| 8 | awilliams@gustafsongluek.com |
| | dnordin@gustafsongluek.com |
| 9 | lwang@gustafsongluek.com |
| 10 | mnikolai@gustafsongluek.com |
| 11 | |
| 12 | David Cates |
| | **CATES MAHONEY, LLC** |
| 13 | 216 West Pointe Drive, Suite A |
| | Swansea, IL 62226 |
| 14 | Telephone: (618) 277-3644 |
| | Facsimile: (618) 277-7882 |
| 15 | Email: dcates@cateslaw.com |
| 16 | |
| 17 | *Counsel for Plaintiff and the Proposed Class* |

| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| Brent Jackson, individually and on behalf of all others similarly situated<br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Altria Group, Inc., et al.<br>　　　　　　　　　　　　　　　Defendants, | Court File Number<br>3:20-cv-04238 WHO<br><br>AFFIDAVIT OF SERVICE |

State of Delaware　} SS
County of New Castle }

I, Kevin S. Dunn, state that on Friday, July 10, 2020 at 10:15 AM I served the Summons & Complaint; Civil Cover Sheet; Standing Orders for Judge Orrick; Standing Order for all Judges; Notice to Relate and Appendix; Order Relating Case upon JUUL LABS, INC., therein named, personally at The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with AMY MCLAREN, Service of Process Specialist at The Corporation Trust Company, the Registered Agent for JUUL LABS, INC., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　Dated: __7_/_10_/2020　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin S. Dunn

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 241142 1177

Re: 6088-001



**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-