Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Counsel for Plaintiff and the Proposed Class*
*Additional Plaintiff's Counsel Appear*
*on the Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTRIA GROUP, INC. and JUUL LABS, INC.,<br><br>Defendants. | Civil Action No. 3:20-cv-04238-WHO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

Dated: August 5, 2020           Respectfully submitted,

                               */s/ Dennis Stewart*
                               Dennis Stewart
                               **GUSTAFSON GLUEK PLLC**
                               600 B Street
                               17th Floor
                               San Diego, CA 92101
                               Telephone: (619) 595-3299
                               dstewart@gustafsongluek.com

|   |   |
|---|---|
| 1 | Daniel E. Gustafson |
| 2 | Daniel C. Hedlund |
|   | Amanda M. Williams |
| 3 | Daniel J. Nordin |
|   | Ling S. Wang |
| 4 | Mary M. Nikolai |
|   | **GUSTAFSON GLUEK PLLC** |
| 5 | Canadian Pacific Plaza |
|   | 120 South Sixth Street, Suite 2600 |
| 6 | Minneapolis, MN 55402 |
|   | Telephone: (612) 333-8844 |
| 7 | dgustafson@gustafsongluek.com |
| 8 | dhedlund@gustafsongluek.com |
|   | awilliams@gustafsongluek.com |
| 9 | dnordin@gustafsongluek.com |
|   | lwang@gustafsongluek.com |
| 10 | mnikolai@gustafsongluek.com |
| 11 |   |
| 12 | David Cates |
|   | **CATES MAHONEY, LLC** |
| 13 | 216 West Pointe Drive, Suite A |
|   | Swansea, IL  62226 |
| 14 | Telephone: (618) 277-3644 |
|    | Facsimile: (618) 277-7882 |
| 15 | Email: dcates@cateslaw.com |
| 16 |   |
| 17 | *Counsel for Plaintiff and the Proposed Class* |

2

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| Brent Jackson, individually and on behalf of all others similarly situated<br>                              Plaintiff,<br><br>v.<br><br>Altria Group, Inc., et al.<br>                              Defendants, | Court File Number<br>3:20-cv-04238 WHO<br><br>**AFFIDAVIT OF SERVICE** |

State of Virginia  } ss
County of Roanoke  }

I, **Julius D. Shepheard** (Name of Server), state that on **07/31**/2020 at **2:50 P**M (Date of Service) (Time of Service), I served the:

> Summons & Complaint; Civil Cover Sheet; Standing Orders for Judge Orrick; Standing Order for all Judges; Notice to Relate and Appendix; Order Relating Case

upon: Altria Group, Inc.

therein named, personally at:    Capitol Corporate Services, Inc.
                                             Suite 1400
                                             10 S Jefferson Street
                                             Roanoke, VA 24011

by handing to and leaving with:

**Cindy Krchmaric** (Name of the Person with whom the documents were left) - Service of Process Specialist

at Capitol Corporate Services, Inc., the Registered Agent for Altria Group, Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: **08/03**/2020

_(Signature of Server)_

**Julius D. Shepheard**
(Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 241947 3094

Re: 6088-001



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com