[*Counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J. REECE, et al., | Case No. 20-02345-WHO |
| Plaintiffs, | **JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING PRODUCTION OF DOCUMENTS PREVIOUSLY PRODUCED TO THE FTC** |
| v. | |
| ALTRIA GROUP, INC., et al., | |
| Defendants. | Judge: Hon. William H. Orrick |
| **This Document Relates to**: **Direct Purchaser Actions** *Douglas J. Reece v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-cv-02345 *Anthony Martinez v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-cv-02597 *Benjamin Deadwyler v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-cv-02729 *Aaron Licari v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-02778 *Mallory Flannery v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-cv-02891 *Denise Redfield and Albert Riccelli v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20- | |

1

**JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING PRODUCTION OF DOCUMENTS PREVIOUSLY PRODUCED TO THE FTC, CASE NO. 20-02345-WHO**

cv-03288

*Noor-Baig, Inc. v. Altria Group, Inc. et al*, Case No. 3:20-cv-03867

*Brent Jackson v. Altria Group, Inc. and JUUL Labs Inc.*, Case No. 3:20-04238

**Indirect Purchaser Actions**

*Daraka Larimore, Adam Matschullat, and Keith May v. Altria Group, INC. and JUUL Labs Inc.*, Case No. 3:20-cv-02999

*Kerry Walsh and Allison Harrod v. Altria Group, Inc., and JUUL Labs Inc.*, Case No. 3:20-cv-03183

**Indirect Reseller Actions**

*B&C Retail, Inc. v. Altria Group, Inc., et al.*, Case No. 3:20-cv-03868

*Sofijon, Inc., et al. v. Altria Group, Inc., et al.*, Case No. 3:20-cv-03861

*Somerset Party Store, Inc., et al. v. Altria Group, Inc., et al.*, Case No. 3:20-cv-04073

*Irwindale Fuel Station, Inc., v. Altria Group, Inc., et al., Case No. 3:20-cv-04736*

Plaintiffs in the above-captioned cases (collectively, the "Antitrust Plaintiffs") and Defendants Altria Group, Inc. and Altria Enterprises LLC ("Altria")[1] jointly stipulate and agree, subject to the Court's approval, that Altria shall produce certain documents previously produced to the Federal Trade Commission ("FTC") pursuant to the conditions described in this stipulation:

---

[1] This Joint Stipulation includes fourteen of the eighteen known actions filed against Altria to date. Altria has not been served in *Larimore, et al. v. Altria Grp., Inc., et al.* (Case No. 3:20-cv-02999), *McGee, et al. v. Altria Grp., Inc., et al.* (Case No. 3:20-cv-04413), and *Irwindale Fuel Station, Inc. v. Altria Grp., Inc, et al.* (Case No. 3:20-cv-04736). In filing this Joint Stipulation, Altria preserves all objections to jurisdiction, venue, sufficiency of service of process in the cases in which it has not yet been served, and the right to move to compel arbitration of claims subject to binding arbitration provisions.

WHEREAS, during the Case Management Conference on June 19, 2020, the Court discussed with the parties the Antitrust Plaintiffs' request for copies of the documents that Altria had produced to the FTC ("FTC Documents");

WHEREAS, on June 26, 2020, Altria submitted a letter to the Court accompanied by the Declaration of Kimberly D. Harlowe providing details regarding Altria's production of the FTC Documents (ECF Nos. 62, 62-1);

WHEREAS, those materials described three categories of documents encompassed by the FTC Documents, represented to be: (1) approximately 520,000 documents that include search terms that expressly relate to e-vapor issues and that are unlikely to include privileged material inadvertently produced to the FTC ("Category 1 documents"); (2) approximately 210,000 documents falling within those search terms that may include inadvertently produced privileged materials and are subject to an ongoing review in connection with the FTC proceedings ("Category 2 documents"); and (3) approximately 350,000 documents that do not include e-vapor–specific search terms that were requested when the FTC was investigating traditional combustible cigarettes as well as e-vapor products ("Category 3 documents");

WHEREAS, the parties have agreed separately to file a joint stipulation and proposed order requesting entry of the (1) Protective Order (ECF No. 308), (2) Case Management Order No. 4: Rule 502(D) and Privileged Materials Order (ECF No. 322), and (3) Order re: Discovery of Electronically Stored Information (ECF No. 323) previously issued and adopted in *In re: Juul Labs Inc., Marketing, Sales Practices, and Products Liability Litigation*, No. 19-md-2913 ("the MDL Orders") in the above-captioned cases and in any and all actions subsequently deemed related to *Reece v. Altria Group, et al.*, Case No. 3:20-cv-02345 (collectively, the "Antitrust Actions");

WHEREAS, the parties met and conferred and have agreed to adopt the following process for producing certain of the FTC Documents;

**NOW THEREFORE**, the parties to this stipulation, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court order that:

1. Contingent upon the Court's entry of the MDL Orders, Altria shall produce all Category 1 documents, which will be designated "highly confidential";

2. Contingent upon the Court's entry of the MDL Orders, following the completion of the privilege re-review, which was estimated in the Harlowe Affidavit to require 60 days, Altria shall produce non-privileged Category 2 documents, which will be designated "highly confidential";

3. Contingent upon the Court's entry of the MDL Orders, Altria shall produce any and only those privilege logs that have been or will be provided to the FTC and in the same form provided to the FTC;

4. Without prejudice to Antitrust Plaintiffs' right to request any document within Category 3 in the normal course of discovery and Altria's right to object to any such request, Altria shall not be required to produce Category 3 documents at this time; and

5. Nothing in this order shall affect Antitrust Plaintiffs' right to challenge Altria's privilege determinations, including as to documents clawed back under a claim of inadvertent production.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The following is hereby ordered:

1. Contingent upon the Court's entry of the MDL Orders, within 30 days of entry of this order, Altria shall produce all Category 1 documents, which will be designated "highly confidential";

2. Contingent upon the Court's entry of the MDL Orders, following the completion of the privilege re-review, which was estimated in the Harlowe Affidavit to require 60 days, Altria shall produce non-privileged Category 2 documents, which will be designated "highly confidential";

3. Contingent upon the Court's entry of the MDL Orders, Altria shall produce any and only those privilege logs that have been or will be provided to the FTC and in the same form provided to the FTC;

4. Without prejudice to Antitrust Plaintiffs' right to request any document within Category 3 in the normal course of discovery and Altria's right to object to any such request, Altria shall not be required to produce Category 3 documents at this time; and

5. Nothing in this order shall affect Antitrust Plaintiffs' right to challenge Altria's privilege determinations, including as to documents clawed back under a claim of inadvertent production.

DATED: August 12, 2020

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | DATED: August 11, 2020 | Respectfully submitted, |
| 2 | **WILKINSON WALSH LLP** | **JOSEPH SAVERI LAW FIRM, INC.** |
| 3 | By:   /s/ *Beth A. Wilkinson* | By:   /s/ *Joseph R. Saveri* |
| 4 | Beth A. Wilkinson (*pro hac vice*) | Joseph R. Saveri (SBN 130064) |
| 5 | James M. Rosenthal (*pro hac vice*) | Steven N. Williams (SBN 175489) |
| 6 | Rakesh N. Kilaru (*pro hac vice*) | Christopher K. Young (SBN 318371) |
|   | 2001 M Street, N.W., 10th Floor | Kyle P. Quackenbush (SBN 322401) |
| 7 | Washington, D.C. 20036 | Anupama K. Reddy (SBN 324873) |
| 8 | Telephone: (202) 847-4000 | Katharine L. Malone (SBN 290884) |
|   | Facsimile: (202) 847-4005 | 601 California Street, Suite 1000 |
| 9 | Email:  bwilkinson@wilkinsonwalsh.com | San Francisco, California 94108 |
|   |            jrosenthal@wilkinsonwalsh.com | Telephone: (415) 500-6800 |
| 10 |            rkilaru@wilkinsonwalsh.com | Facsimile: (415) 395-9940 |
|   |   | Email:  jsaveri@saverilawfirm.com |
| 11 | Rahul R.A. Hari (SBN 313528) |            swilliams@saverilawfirm.com |
| 12 | 11601 Wilshire Boulevard, Suite 600 |            cyoung@saverilawfirm.com |
|   | Los Angeles, CA 90025 |            kquackenbush@saverilawfirm.com |
| 13 | Telephone: (424) 291-9655 |            areddy@saverilawfirm.com |
|   | Facsimile: (202) 847-4005 |            kmalone@saverilawfirm.com |
| 14 | Email:  rhari@wilkinsonwalsh.com | |
| 15 |   | *Counsel for Individual and Representative Plaintiffs* |
|   | *Counsel for Defendants Altria Group, Inc.* | *Anthony Martinez, Benjamin Deadwyler, Mallory* |
| 16 | *and Altria Enterprises LLC* | *Flannery, Denise Redfield et. al., and Noor Baig, Inc.* |

**WESTERMAN LAW CORP.**

By: /s/ Jeff S. Westerman
 Jeff S. Westerman (SBN 94559)

16133 Ventura Blvd., Suite 685
Encino, CA 91436
Telephone: (310) 698-7450
Email: jwesterman@jswlegal.com

Michael M. Buchman
Michelle C. Clerkin (*pro hac vice* pending)
Jacob Onile-Ere (*pro hac vice* pending)
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Email: mbuchman@motleyricce.com
 mclerkin@motleyrice.com
 jonileere@motleyrice.com

*Counsel for Plaintiff Douglas J. Reece*

**RADICE LAW FIRM, P.C.**

By: /s/ John D. Radice
 John D. Radice (*pro hac vice* forthcoming)

A. Luke Smith (*pro hac vice* forthcoming)
Clark Craddock (admission pending)
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745

*Counsel for Individual and Representative Plaintiff Benjamin Deadwyler*

**BERNSTEIN LIEBHARD LLP**

By: ___/s/ Stephanie M. Beige___
    Stephanie M. Beige (*pro hac vice* forthcoming)

Stanley D. Bernstein (*pro hac vice* forthcoming)
Matthew E. Guarnero (*pro hac vice* forthcoming)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
        beige@bernlieb.com
        mguarnero@bernlieb.com

Terry Gross
Adam C. Belsky
Mary B. Parker
**GROSS & BELSKY P.C.**
201 Spear Street, Suite 1100,
San Francisco, California 94105
Telephone: (415) 544-0200
Email:  terry@grossbelsky.com
        adam@grossbelsky.com
        mary@grossbelsky.com

*Counsel for Plaintiff Aaron Licari*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: ___/s/ W. Joseph Bruckner___
    W. Joseph Bruckner (MN #147758)
    (admitted *pro hac vice*)

Heidi M. Silton (MN #025759)
(admitted *pro hac vice*)
Craig S. Davis (MN #0148192)
(admitted *pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
       hmsilton@locklaw.com
       csdavis@locklaw.com

*Counsel for Plaintiff Mallory Flannery*

**GUSTAFSON GLUEK PLLC**

By: ___/s/ Dennis Stewart___
       Dennis Stewart (SBN #99152)

600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
Email: dstewart@gustafsongluek.com

Daniel E. Gustafson (*pro hac vice* forthcoming)
Daniel C. Hedlund (*pro hac vice* forthcoming)
Amanda M. Williams (*pro hac vice* forthcoming)
Daniel J. Nordin (*pro hac vice* forthcoming)
Ling S. Wang (*pro hac vice* forthcoming)
Mary M. Nikolai (*pro hac vice* forthcoming)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Email: dgustafson@gustafsongluek.com
       dhedlund@gustafsongluek.com
       awilliams@gustafsongluek.com
       dnordin@gustafsongluek.com
       lwang@gustafsongluek.com
       mnikolai@gustafsongluek.com

**CATES MAHONEY, LLC**

David Cates (*pro hac vice* forthcoming)
216 West Pointe Drive, Suite A
Swansea, IL 62226
Telephone: (618) 277-3644
Facsimile: (618) 277-7882
Email: dcates@cateslaw.com

*Counsel for Individual and Representative Plaintiff Brent Jackson*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   /s/ Thomas H. Burt
      Thomas H. Burt

270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email:  burt@whafh.com

Betsy C. Manifold
Rachele R. Byrd
Marisa C. Livesay
Brittany N. Dejong
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
Email:  manifold@whafh.com
       byrd@whafh.com
       livesay@whafh.com
       dejong@whafh.com

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone (312) 984-0000
Facsimile: (212) 686-0114
Email:  malmstrom@whafh.com

*Counsel for Plaintiffs Daraka Larimore, Adam Matschullat and Keith May*

**ZWERLING, SCHACHTER & ZWERLING, LLP**

By: ___*/s/ Fred T. Isquith, Jr.*___
      Fred T. Isquith, Jr.

Fred T. Isquith, Sr.
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile:  (212) 371-5969
Email:  ftisquith@zsz.com
        fisquith@zsz.com

Dan Drachler
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue
Suite 1030
Seattle, WA 98101-1170
Telephone: (206) 223-2053
Facsimile:  (206) 343-9636
Email:  ddrachler@zsz.com

*Counsel for Plaintiffs Kerry Walsh and Allison Harrod*

**EDELSON LECHTZIN LLP**

By:    /s/ Marc H. Edelson
       Marc H. Edelson (*pro hac vice* forthcoming)

3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
Email: medelson@edelson-law.com

*Counsel for Individual and Representative Plaintiffs Denise Redfield et. al., and Noor Baig, Inc.*

**GRABAR LAW OFFICES**

By:    /s/ Joshua Grabar
       Joshua Grabar (*pro hac vice* forthcoming)

1735 Market St., Suite 3750
Philadelphia, PA 19103
Telephone: (267) 507-6085
Facsimile: (267) 507-6048
Email: jgrabar@grabarlaw.com

*Counsel for Individual and Representative Plaintiffs Denise Redfield et. al., and Noor Baig, Inc.*

**CERA LLP**

By:    /s/ Solomon B. Cera
       Solomon B. Cera (SBN 099467)

Pamela A. Markert (SBN 203780)
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@cerallp.com
       pmarkert@cerallp.com

*Counsel for Plaintiffs Somerset Party Store, Inc., et al., and B&C Retail, Inc.*

**KAPLAN FOX & KILSHEIMER LLP**

By: ___/s/ *Laurence D. King*___
      Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4709
Email: lking@kaplanfox.com
      mchoi@kaplanfox.com

Robert N. Kaplan (to be admitted *pro hac vice*)
Gregory K. Arenson (to be admitted *pro hac vice*)
Hae Sung Nam (to be admitted *pro hac vice*)
Jason A. Uris (to be admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
      garenson@kaplanfox.com
      hnam@kaplanfox.com
      juris@kaplanfox.com

Justin B. Farar (SBN 211556)
**KAPLAN FOX & KILSHEIMER LLP**
12400 Wilshire Blvd, Suite 460
Los Angeles, CA 90025
Telephone: (310) 614-7260
Facsimile: (310) 575-8697
Email: jfarar@kaplanfox.com

*Counsel for Plaintiffs Sofijon, Inc., Rose And Fifth, Inc., Napht, Inc., and the Indirect Reseller Class*

**YADEGAR, MINOOFAR & SOLEYMANI LLP**

By: ___/s/ *Pedram Minoofar*___
      Pedram Minoofar (SBN #198599)

Pedram Minoofar (SBN #198599)
Navid Yadegar (SBN #205315)
1875 Century Park East
Suite 1240
Los Angeles, California 90067
Telephone: (310) 499-0140
Facsimile: (888) 534-0290
Email:  pedram@ymsllp.com
      navid@ymsllp.com

*Counsel for Individual and Representative Plaintiff Irwindale Fuel Station, Inc.*

### E-Filing Attestation

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

      ___/s/ *Joseph R. Saveri*___
      Joseph R. Saveri