Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRENT JACKSON, et.al., )
                      Plaintiff(s), )   Case No: 3:20-cv-04238

v. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

ALTRIA GROUP, INC. et.al., )
                      Defendant(s). )

I, Ling S. Wang, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Brent Jackson and the Proposed Class in the above-entitled action. My local co-counsel in this case is Dennis Stewart (SBN 99152), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402 | 600 B Street, 17th Floor<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(612) 333-8844 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 595-3299 |
| MY EMAIL ADDRESS OF RECORD:<br>lwang@gustafsongluek.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>(619) 595-3299 |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 399447.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/13/20

                                              Ling S. Wang
                                              APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ling S. Wang is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with co-counsel designated in the application will constitute notice to the party.

Dated: August 17, 2020

                                       UNITED STATES MAGISTRATE JUDGE

[GRANTED stamp: W. H. Orrick, Judge William H. Orrick, United States District Court, Northern District of California]