UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS J REECE, et al., | Case No. 20-cv-02345-WHO |
| Plaintiffs, | **ORDER SETTING SCHEDULE** |
| v. | |
| ALTRIA GROUP, INC., et al., | |
| Defendants. | |

This Document Relates to:
20-cv-02345-WHO; 20-cv-02512-WHO;
20-cv-02597-WHO; 20-cv-02729-WHO;
20-cv-02778-WHO; 20-cv-02779-WHO;
20-cv- 02981-WHO; 20-cv- 02999-WHO;
20-cv-03183-WHO; 20-cv-03288-WHO;
20-cv-03430-WHO; 20-cv-03861-WHO;
20-cv-03867-WHO; 20-cv-03868-WHO;
20-cv-04238-WHO; 20-cv-04413-WHO;
20-cv-04736-WHO

The Court has reviewed the parties' Case Management Statement (Dkt. No. 122) and commends the parties for their continued efforts and evident cooperation. The Case Management Conference set for September 21, 2020 is VACATED.

I adopt the agreed schedule, modified as follows:

| DATE | EVENT |
|---|---|
| Consolidated Complaints | November 13, 2020 (Friday) |
| Responsive Motions | January 15, 2021 (Friday) |
| Oppositions to Responsive Motions | March 5, 2021 (Friday) |
| Replies | March 31, 2021 (Wednesday) |
| Hearing on Motions & Further Case Management Conference | April 21, 2021 (Wednesday) |

1  Given this schedule, I do not see a need to have an interim Case Management Conference
2  before April 2021.  To the extent any discovery disputes arise, the parties are encouraged to seek
3  the assistance of Magistrate Judge Corley.  To the extent the parties feel that a Case Management
4  Conference would be helpful to resolve other specific issues, they may secure one by filing a Joint
5  Case Management Statement and Request for Case Management Hearing and I will set a Further
6  Case Management Conference, likely on the date of the next upcoming Case Management
7  Conference in the related *In Re Juul Labs, Inc., Marketing, Sales Practices, And Products*
8  *Liability Litigation*.

**IT IS SO ORDERED.**

Dated: September 18, 2020

William H. Orrick
United States District Judge